UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE WHITE,

    Plaintiff,

Case No. 17-cv-10015
Hon. Matthew F. Leitman

v.

WAYNE COUNTY JAIL,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Dismissing Complaint Without Prejudice, dated February 28, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                              DAVID J. WEAVER
                                              CLERK OF COURT

                                By:    s/Holly A. Monda
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 28, 2017
Detroit, Michigan